IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH ALLEN NEIGHBORS,

    Plaintiff,                    No. CIV S-01-0596 LKK JFM P

    vs.

JANET CLARK-BARKER, et al.,

    Defendants.              <u>ORDER</u>

                          /

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On February 24, 2005, plaintiff filed a request for an extension of time to comply with a January 18, 2005 court order regarding an in forma pauperis application. Although the request bears the case number assigned to this action, it appears that the request was intended for Case No. CIV S-05-0011 GEB KJM P.  Good cause appearing, IT IS HEREBY ORDERED that plaintiff's February 24, 2005 request for extension of time shall be placed in the court file and disregarded.

DATED:  June 16, 2005.

                                      UNITED STATES MAGISTRATE JUDGE

12;neig0596.dis