IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH ALLEN NEIGHBORS,

    Plaintiff,　　　　　　　　No. CIV S-01-0596 LKK JFM P

  vs.

JANET CLARK-BARKER, et al.,

    Defendants.　　　　　　　　<u>ORDER</u>

_____/

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On June 16, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Plaintiff has filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 16, 2005, are adopted in full;

2. Defendants' October 14, 2004 motion for summary judgment is granted; and

3. The Clerk of the Court is directed to enter judgment in accordance with this order and the order filed in this action on January 30, 2004.

DATED: July 20, 2005.

/s/Lawrence K. Karlton
UNITED STATES DISTRICT JUDGE

/neig0596.805