UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (Sacramento)

| | |
|---|---|
| KENNETH ALLEN NEIGHBORS,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>JANET CLARKE-BARKER; et al.,<br><br>    Defendants - Appellees. | No. 05-16691<br>D.C. No. CV-01-00596-LKK<br><br><br><br>**ORDER** |

This appeal has been taken in good faith [✓]

This appeal is not taken in good faith [ ]

Explanation: _____

_____

_____

_____

_____
Judge
United States District Court

Date 11/9/05